UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 4:25cr201 |
| v. | § | Judge Kernodle |
| | § | |
| STEVE DALE CRIDDLE | § | |

## FACTUAL BASIS

The defendant, STEVE DALE CRIDDLE, hereby stipulates and agrees that at all times relevant to the indictment, the following facts are true:

1.      The defendant, STEVE DALE CRIDDLE, is the same person charged in the Indictment, and he is pleading guilty to Count One, Attempted Coercion and Enticement of a Minor, a violation of 18 U.S.C. § 2422(b).

2.      The events described in the indictment occurred in the Eastern District of Texas and elsewhere.

3.      Between, on or about, September 21, 2025 and September 28, 2025, the defendant did:

   a.      use a means and facility of interstate or foreign commerce;

   b.      to knowingly persuade, induce, entice, and coerce; and knowingly attempted to persuade, induce, entice, and coerce;

   c.      an individual who the defendant believed had not attained the age of 18 years;

   d.      to engage in sexual activity for which any person could be charged with a criminal offense.

FACTUAL BASIS - Page 1 of 2

**DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT**

I have read or had read to me this Factual Basis and have discussed it with my attorney. I fully understand the contents of it and agree without reservation that it accurately describes the events and my acts.

Dated: 01/06/2026

STEVE DALE CRIDDLE
Defendant

**DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT**

I have read this Factual Basis and have reviewed it with my client, STEVE DALE CRIDDLE. Based upon my discussions with my client, I am satisfied that he understands the Factual Basis.

Dated: 1·6·26

SARAH JACOBS
Attorney for the Defendant

FACTUAL BASIS - Page **2** of **2**