IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | § Case No. 4:25-cr-201-JDK-KNM |
| | § |
| STEVE DALE CRIDDLE (1) | § |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
AND FINDING DEFENDANT GUILTY**

The Court referred this matter to the Honorable K. Nicole Mitchell, United States Magistrate Judge, for administration of a guilty plea under Federal Rule of Criminal Procedure 11. Judge Mitchell conducted a hearing in the form and manner prescribed by Rule 11 and issued Findings of Fact and Recommendation on Guilty Plea (Docket No 26). Judge Mitchell recommended that the Court accept Defendant's guilty plea and adjudge Defendant guilty on Count One of the Indictment.

The parties have not objected to Judge Mitchell's findings.

Having reviewed Judge Mitchell's findings and recommendation, the Court hereby **ADOPTS** the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge (Docket No. 26). The Court also accepts Defendant's plea.

In accordance with Defendant's guilty plea, the Court finds Defendant **Steve Dale Criddle GUILTY** of Count One of the Indictment, charging a violation of Title **18 U.S.C. § 2422(b) – Attempted Coercion and Enticement of a Minor**.

So **ORDERED** and **SIGNED** this **16th** day of **February, 2026.**

                                                    JEREMY D. KERNODLE
                                                    UNITED STATES DISTRICT JUDGE